LEWIS, Respondent, vs. THE AMERICAN SAVINGS & LOAN AS-
SOCIATION and others, Respondents, and HALE, Receiver,
Appellant.

*September 5 — September 26, 1899.*

*Lewis v. American S. & L. Asso.* 98 Wis. 203, followed.

APPEAL from a judgment of the circuit court for Dane
county: R. G. SIEBECKER, Circuit Judge. *Affirmed.*

WINSLOW, J.    This is an appeal by the defendant *Hale*,
as receiver, from a judgment dismissing his counterclaim.
The sufficiency of this counterclaim was passed upon by
this court when the case was here upon appeal from the
order sustaining a demurrer thereto. *Lewis v. American S.
& L. Asso.* 98 Wis. 203.    When the case was remitted to
the trial court the defendant *Hale* elected to stand upon
his counterclaim, and thereupon the judgment was rendered
from which this appeal is taken.    It is unnecessary to re-
state the grounds upon which the counterclaim was held
insufficient.    They will be found fully stated in the former
opinion, which may be regarded as expressing our present
views; and for those reasons the present judgment must be
affirmed.

*By the Court.*— Judgment affirmed.